**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**AT BECKLEY**

UNITED STATES OF AMERICA

v. CRIMINAL ACTION NO. 5:23-cr-00029

DELAQUAN ANTONIO MYERS
Also known as "Chase"

**ORDER**

On August 10, 2026, all counsel and the Defendant appeared for a guilty plea hearing via video conference. The single-count Indictment charges the Defendant with conspiracy to commit offenses in violation of 21 U.S.C. § 841(a)(1), that is, possessing with intent to distribute 40 grams or more of fentanyl, in violation of 21 U.S.C. § 846. [Doc. 1]. The Honorable Omar J. Aboulhosn, United States Magistrate Judge, to whom the hearing was referred, filed his proposed findings and recommendation ("PF&R") on August 10, 2026. [Doc. 51]. Objections in this case were due on August 27, 2026. [*Id*]. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R [**Doc. 51**] and **DEFERS** acceptance of the plea agreement pending the opportunity to review the Defendant's Presentence Investigation Report. The Defendant is **ADJUDGED** guilty and convicted of violating the statute charged. All dates and case events in the PF&R are adopted.

The Court **DIRECTS** the Clerk to transmit a copy of this Order to the Defendant and their counsel, the United States Attorney, the United States Probation Office, and the Office of the United States Marshal.

ENTER: September 3, 2026

Frank W. Volk
Chief United States District Judge